UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>Carl Maurice Brown,<br><br>　　　　　　　　　　Defendant. | Case No. 24-CR-00026 (ECT/LIB)<br><br>**THIRD ORDER<br>MODIFYING CONDITIONS<br>OF RELEASE** |

On April 8, 2024, the Defendant filed a Third Motion to Modify Conditions of release, [Docket No. 97]. The Defendant seeks to remove the requirement of home detention, more specifically, to strike paragraph 7(p) of this Court's Order Setting Conditions of Release. [Docket No. 18]. The Defendant's counsel has advised the Court that Counsel for the Government and the assigned U.S. Pretrial Officers, Matt Koppes and Pace Morrison (N.D. Ill.), support the Defendant's motion.

Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendant's Third Motion to Modify Conditions of Pretrial Release [Docket No. 97] is **GRANTED in part**; and

2. The Defendant's Order Setting Conditions of Release [Docket No. 18], paragraph 7(p)(ii) therein, is modified to remove the requirement of Home Detention to be replaced by paragraph 7(p)(i) requiring a curfew wherein Defendant is "restricted to [his] residence every day as direct by the pretrial services officer[;]" and

3. All other conditions, including those previously amended by subsequent Orders remain in full force and effect.

Dated: April 9, 2024

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE